TO:   JAMES WALDRON, CLERK                CASE NO. 09-12088/GMB
      U.S. BANKRUPTCY COURT                DEBTOR: MARYANN F. CESARIO
      CAMDEN, NEW JERSEY 08102

INFORMATION FOR NOTICE OF SETTLEMENT OF CONTROVERSY

    Maryann F. Cesario, debtor, proposes to settle a claim and/or action, the nature of which is described below. If any creditor or other party in interest has an objection to the settlement, an objection and a request for a hearing on such objection shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court.

    Such objection and request shall be filed with the Clerk and served upon the trustee no later than (          ).

    In the event an objection is timely filed a hearing thereon will be held on (date and time by the Court).

    If no objection is filed with the Clerk and served upon the Trustee on or before the above date, the settlement will be consummated as proposed on                    .

    The nature of the action and the terms of the settlement are as follows:

| **NATURE OF THE ACTION** | **PERTINENT TERMS OF THE SETTLEMENT** |
|---|---|
| Personal Injury Action Cesario v. Busch | Total amount of settlement: $50,000.00<br><br>Costs to be paid: $1663.09<br><br>Attorney fees to be paid: $16.112.30<br><br>Net settlement to Maryann Cesario: $32,224.61<br><br>Exemption to be paid to Maryann Cesario: $20,200. |
| Debtor recommends negotiated settlement. | |

Requests for additional information about the nature of the action or the terms of the settlement should be directed to:    Brian S. Thomas, LLC
                                      327 Central Avenue, Suite 103
                                      Linwood, New Jersey  08221
                                      Phone:  (609) 601-6066

SUBMITTED BY:    /s/ Brian S. Thomas
                            Brian S. Thomas, Debtor's Attorney