Printed on: 02/07/2013 Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2012 to 12/31/2012
**Case Number: 09-12088 (GMB)**

Maryann F. Cesario
810 North Victoria Avenue
Ventnor City, NJ  08406

Monthly Payment: $286.00
Payments / Month: 1
Current Trustee Comp.: 6.60%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/20/2012 | $858.00 | 06/26/2012 | $1,716.00 | 12/27/2012 | $1,716.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARYANN F. CESARIO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN S. THOMAS, ESQUIRE | 13 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| 2 | PRA RECEIVABLES MANAGEMENT, LLC | 33 | $51,358.40 | $5,274.88 | $46,083.52 | $1,446.18 |
| 3 | PRA RECEIVABLES MANAGEMENT, LLC | 33 | $15,490.98 | $1,591.04 | $13,899.94 | $436.21 |
| 4 | PRA RECEIVABLES MANAGEMENT, LLC | 33 | $5,357.56 | $550.27 | $4,807.29 | $150.87 |
| 5 | CITY OF VENTNOR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DISCOVER BANK | 33 | $11,725.83 | $1,204.33 | $10,521.50 | $330.18 |
| 7 | PRA RECEIVABLES MANAGEMENT, LLC | 33 | $3,693.38 | $379.34 | $3,314.04 | $104.00 |
| 8 | SOVEREIGN BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | Washington Mutual | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER BANK | 33 | $9,947.77 | $1,021.71 | $8,926.06 | $280.12 |
| 15 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PRA RECEIVABLES MANAGEMENT, LLC | 33 | $10,926.35 | $1,122.22 | $9,804.13 | $307.67 |
| 17 | eCAST SETTLEMENT CORPORATION | 33 | $6,494.29 | $667.01 | $5,827.28 | $182.87 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2009 | 13.00 | $0.00 |
| 03/01/2010 | Paid to Date | $6,074.61 |
| 04/01/2010 | 46.00 | $286.00 |
| 02/01/2014 | Projected end of plan | |

HIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO
RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.

| | |
|---|---|
| Total payments received this period: | $4,290.00 |
| Total paid to creditors this period: | $3,238.10 |
| Undistributed Funds on Hand: | $1,716.01 |
| Arrearages: | ($1,144.00) |
| Attorney: | BRIAN S. THOMAS, ESQUIRE |

**HIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**