B6B (Official Form 6B) (12/07)

In re **Maryann F. Cesario** , Case No. **09-12088**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.
**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Location: 810 North Victoria Avenue, Ventnor City NJ** | **W** | **50.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America #790 checking** | **W** | **500.00** |
| | | | **Commerce Bank #714 checking** | **W** | **100.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Living room - couch, loveseat, TV, coffee table**<br>**Location: 810 North Victoria Avenue, Ventnor City NJ** | **W** | **300.00** |
| | | | **Dining room - table, chairs**<br>**Location: 810 North Victoria Avenue, Ventnor City NJ** | **W** | **300.00** |
| | | | **Bedroom (3) - beds, dressers, nightstands**<br>**Location: 810 North Victoria Avenue, Ventnor City NJ** | **W** | **500.00** |
| | | | **Computer, desk**<br>**Location: 810 North Victoria Avenue, Ventnor City NJ** | **W** | **100.00** |
| | | | **Washer, dryer**<br>**Location: 810 North Victoria Avenue, Ventnor City NJ** | **W** | **100.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous**<br>**Location: 810 North Victoria Avenue, Ventnor City NJ** | **W** | **200.00** |

Sub-Total >    **2,150.00**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Maryann F. Cesario**, Debtor      Case No. **09-12088**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | **Location: 810 North Victoria Avenue, Ventnor City NJ** | W | 500.00 |
| 7. Furs and jewelry. | | **Necklace, ring, costume**<br>**Location: 810 North Victoria Avenue, Ventnor City NJ** | W | 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term** | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **401K - Virtua Healthcare** | W | 0.00 |
| | | **TSA - Virtua Healthcare** | W | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

                                                                                      Sub-Total >  **2,000.00**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Maryann F. Cesario**                                     ,    Case No.  **09-12088**
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Personal injury lawsuit - David Cowhey, Esquire** | W | 0.00 |
| | | **Harrassment/work environment - Alan Cohen, Esquire** | W | 0.00 |
| | | **Personal Injury Action - Louis DeVoto, Esquire Mary Ann Cesario v Cape May Gulf, Inc. et al Docket No. CAM-L-737-12 Date of Accident June 02, 2010** | W | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Chevy Cobalt 7,500 miles** | W | 15,855.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| | | | Sub-Total > (Total of this page) | **15,855.00** |

Sheet  **2**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Maryann F. Cesario**,　　　　　　　　　　　　　　　　　　　Case No. **09-12088**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Estimated tax refund** | W | 3,000.00 |

Sub-Total >　　**3,000.00**
(Total of this page)
Total >　　**23,005.00**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

In re **Maryann F. Cesario**, Debtor

Case No. **09-12088**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America #790 checking | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| Commerce Bank #714 checking | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **Household Goods and Furnishings** Living room - couch, loveseat, TV, coffee table Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |
| Dining room - table, chairs Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |
| Bedroom (3) - beds, dressers, nightstands Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| Computer, desk Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| Washer, dryer Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| **Books, Pictures and Other Art Objects; Collectibles** Miscellaneous Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| **Wearing Apparel** Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** Necklace, ring, costume Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(4) | 1,225.00 | 1,500.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** Personal injury lawsuit - David Cowhey, Esquire | 11 U.S.C. § 522(d)(11)(D) 11 U.S.C. § 522(d)(5) | 20,200.00 7,550.00 | 0.00 |
| Harrassment/work environment - Alan Cohen, Esquire | 11 U.S.C. § 522(d)(11)(A) | 0.00 | 0.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Maryann F. Cesario**, Debtor

Case No. **09-12088**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Personal Injury Action - Louis DeVoto, Esquire Mary Ann Cesario v Cape May Gulf, Inc. et al Docket No. CAM-L-737-12 Date of Accident June 02, 2010** | 11 U.S.C. § 522(d)(11)(D) | Unknown | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2009 Chevy Cobalt 7,500 miles | 11 U.S.C. § 522(d)(2) | 2,206.00 | 15,855.00 |
| **Other Personal Property of Any Kind Not Already Listed** Estimated tax refund | 11 U.S.C. § 522(d)(5) | 3,000.00 | 3,000.00 |
| | Total: | 36,831.00 | 23,005.00 |

Sheet **1** of **1** continuation sheets attached to the Schedule of Property Claimed as Exempt