B6C (Official Form 6C) (4/13)

In re **Maryann F. Cesario**, Debtor  Case No. **09-12088**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☒ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America #790 checking | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| Commerce Bank #714 checking | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **Household Goods and Furnishings** | | | |
| Living room - couch, loveseat, TV, coffee table Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |
| Dining room - table, chairs Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |
| Bedroom (3) - beds, dressers, nightstands Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| Computer, desk Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| Washer, dryer Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Miscellaneous Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| **Wearing Apparel** | | | |
| Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Necklace, ring, costume Location: 810 North Victoria Avenue, Ventnor City NJ | 11 U.S.C. § 522(d)(4) | 1,225.00 | 1,500.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Personal injury lawsuit - David Cowhey, Esquire | 11 U.S.C. § 522(d)(11)(D) <br> 11 U.S.C. § 522(d)(5) | 20,200.00 <br> 7,550.00 | 0.00 |
| Harrassment/work environment - Alan Cohen, Esquire | 11 U.S.C. § 522(d)(11)(A) | 0.00 | 0.00 |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Maryann F. Cesario**                                              ,    Case No.  **09-12088**
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Personal Injury Action - Louis DeVoto, Esquire Mary Ann Cesario v Cape May Gulf, Inc. et al Docket No. CAM-L-737-12 Date of Accident June 02, 2010** | 11 U.S.C. § 522(d)(11)(D) | Unknown | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2009 Chevy Cobalt 7,500 miles | 11 U.S.C. § 522(d)(2) | 2,206.00 | 15,855.00 |
| **Other Personal Property of Any Kind Not Already Listed** Estimated tax refund | 11 U.S.C. § 522(d)(5) | 3,000.00 | 3,000.00 |
|  | Total: | 36,831.00 | 23,005.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt